McMORRAN, SUPERINTENDENT OF PUBLIC WORKS OF NEW YORK, *v.* TUSCARORA NATION OF INDIANS, ALSO KNOWN AS TUSCARORA INDIAN NATION.

No. 4.   Decided May 16, 1960.

*Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Julius L. Sackman* for appellant.

*Arthur Lazarus, Jr.* and *Eugene Gressman* for appellee.

*Thomas F. Moore, Jr.* for the Power Authority of the State of New York, as *āmicus curiae.*

PER CURIAM.

Upon the suggestion of mootness, the judgment of the Court of Appeals is vacated and the case is remanded to the District Court with instructions to dismiss the complaint as moot.